UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-95-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL INFORMATION |
| ) | |
| TIMOTHY R. THACKER ) | |

The United States Attorney charges that:

COUNT ONE

Beginning at a date unknown, but no later than in or about January 1, 2016, and continuing up to and including April 1, 2018, in the Eastern District of North Carolina, TIMOTHY R. THACKER, the defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown, to possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, TIMOTHY R. THACKER, the amount involved in the conspiracy attributable to him as a result of his

own conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21 United States Code, Section 846.

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d), made applicable by Title 28, United States Code, Section 2461(c), that all of his interest in all property specified herein is subject to forfeiture.

As a result of the offenses charged in Count One of the Criminal Information, the defendant(s) shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of the said offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged, or any property traceable to such property.

If any of the above-described forfeitable property, as a result of any act or omission the defendant,

2

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

NORMAN ACKER
United States Attorney
Acting Pursuant to 28 U.S.C. §515

BY: JOHN BRADFORD KNOTT
Assistant United States Attorney

3